UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUAN ROMIOUS | CIVIL ACTION |
| VERSUS | NO. 23-4691 |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | SECTION: D(4) |

### ORDER OF DISMISSAL

Before the Court is a Motion to Dismiss filed by Plaintiff Juan Romious.[1]

Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED without prejudice**, with each party to bear its own costs.

New Orleans, Louisiana, September 21, 2024.

_____
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 31.